# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | |
|---|---|
| PITT CHEMICAL & SANITARY SUPPLY HOLDING COMPANY, INC., PITT CHEMICAL & SANITARY SUPPLY CO., INC., PITTCHEM SUPPLY CO., INC. AND RICHARD W. SCHOMAKER, | : No. 161 WAL 2014<br>:<br>:<br>: Petition for Allowance of Appeal from the<br>: Order of the Superior Court<br>: |
| Petitioners | : |
| v. | : |
| GENERATIONAL EQUITY, LLC, MCCREARY & STOCKFORD, L.P. D/B/A THE STOCKFORD FIRM AND BRAD STOCKFORD, | : |
| Respondents | : |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 13th day of August, 2014, the Petition for Allowance of Appeal is **DENIED**.